```
SCHROTH & SCHROTH
ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
```

Attorney for Defendant, VICTOR MANUEL ALFARO-REYES.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR MANUEL ALFARO-REYES,<br><br>　　　　　Defendants. | Criminal Case No.:　08CR 0053-L<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date:　March 3, 2008<br>Time:　9:00 a.m.<br>Judge:　Hon. M. James Lorenz |

**IT IS HEREBY STIPULATED** that the sentencing hearing in the above captioned matter currently set for March 3, 2008, at 9 a.m., be re-calendared for 2:00 p.m., February 19, 2008. The defendant is in custody and all time is excluded until the District Court judge accepts Defendant's plea tendered to the Magistrate Judge in this case.

　　　　　　　　　　　　　　　　　　　　　Karen Hewitt
　　　　　　　　　　　　　　　　　　　　　United States Attorney,

DATED: _____　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

- 1 -

STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON

U. S. v. ALFARO-REYES.

DATED: _____                                          SCHROTH & SCHROTH

                                                      By:_____
                                                      ROBERT E. SCHROTH, SR,
                                                      Attorney for defendant Carlos Gaitan

                                    ORDER

SO ORDERED.

DATED: _____

                                                      _____
                                                      M. JAMES LORENZ
                                                      United States District Court Judge

- 2 -

STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON

U. S. v. ALFARO-REYES.

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cr-00053-L   Document 12   Filed 02/12/2008   Page 3 of 3

- 3 -