Re: <u>USA v. Alfaro-Reyes</u>
Criminal Case No: 08cr0053-L

# PROOF OF SERVICE BY MAIL

### STATE OF CALIFORNIA COUNTY OF SAN DIEGO

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On February 12, 2008, I served the following document(s) described as: **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**

On the interested parties to this action by efile service:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Elmer Schroth , Sr**

    schrothlaw@wyoming.com

- **US Attorney CR Jeff Moore**

    Efile.dkt.gc2@usdoj.gov

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  s/ Robert E. Schroth Sr.
          Robert E. Schroth Sr.