1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-CR-53-L |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR MANUEL ALFARO-REYES, | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having duly considered the parties' joint stipulation to continue the sentencing hearing in the above captioned matter.

IT IS HEREBY ORDERED, that the sentencing hearing in the above captioned matter currently set for March 3, 2008, at 9 a.m., be re-calendared for 2:00 p.m., February 19, 2008. The defendant is in custody and all time is excluded until the Court accepts Defendant's plea tendered to the Magistrate Judge in this case.

IT IS SO ORDERED.

DATED: February 12, 2008

M. James Lorenz
United States District Court Judge